## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| KEVIN JOHNSON, | : No. 682 MAL 2014 |
| | : |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| DEPARTMENT OF TRANSPORTATION, | : |
| BUREAU OF DRIVER LICENSING, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal and "Emergency Petition for Special Injunction" are **DENIED**, and the Emergency Motion for Expedited Review is **DISMISSED AS MOOT**.